Núm. 35.—MÉNDEZ, dmte., *v.* COMISIÓN INDUSTRIAL, dmda.—■■ ■■■■■■■■■■■■■■■■ Marzo 23, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Examinada la solicitud que antecede a la luz del caso de *Amenguar* v. *Comisión Industrial,* 49 D.P.R. 10, y tratándose como se trata,

únicamente de una cuestión de apreciación de prueba, *no ha lugar* a la revisión solicitada.

El Juez Asociado Sr. Córdova Dávila no intervino.